WINNEGAR
v.
ROE.

---

**WINNEGAR and COOK, Overseers of Amenia, against ROE.**

Debt against an overseer of highways, for the penalty of $12,50, under the act, (sess. 44, ch. 128, s. 1,) for refusal to accept the office, does not lie, except where the town proceed to a new election.

Merely neglecting to file notice of his acceptance with the town clerk, is not enough;

The object of the statute was to enforce the performance of his duties;

And if the town proceed to a new election, then to exact the penalty.

ON certiorari to a Justice's Court. In the Court below, *Winnegar* and *Cook* declared against *Roe*, in debt for $12,50, for that he, being elected to the office of Overseer of high-

ways, in 1822, had not, agreeably to the statute, filed his acceptance in the Town Clerk's office. Plea, not guilty.

The Town Clerk produced the book of records, in which was recorded, "*Jeduthan Roe*, Overseer of highways for said town." He testified that *Roe* was elected Overseer for district 12; that he had searched the books and papers in his office, and could find no acceptance by *Roe* of the office.

The defendant called *Robert Wilson*, who testified, that on the 17*th April*, 1822, *Roe* handed him a list of inhabitants, liable to be assessed on highways; *Roe* said he had not filed his acceptance of the office of Overseer. Another witness proved that *Roe* had called out the men to work in the district, and claimed the work assessed to be done. The jury found a verdict for defendant.

*Curia.* By the act, 23*d March*, 1821, (*sess.* 44, *ch.* 128) it is declared, that every person, chosen to the office of Overseer, shall transmit or deliver to the Town Clerk of the town, within 15 days after the election, a notice in writing, signifying his acceptance of the office; and if he neglects, such neglect shall be considered a refusal to serve, and the city or town may proceed to a new choice; *and in every such case*, the person refusing to take upon himself such office, shall forfeit $12,50, to be recovered in the name of the Overseers of the Poor.

The penalty attaches on the person elected, if he omit to signify his acceptance, and the town thereupon proceed to a new choice. The object of the statute was to enforce the performance of the duties by the person elected, and, if the town was compelled to a new election, then to exact the penalty. In the present case, the defendant performed the duties of his appointment; the town did not deem it necessary to elect another. Neither, by the words or spirit of the act, has the penalty been incurred.

Judgment affirmed.